UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRENDA BYNOE,

                Plaintiff,

            -against-

TARGET CORPORATION,

                Defendant.
------------------------------------------------------------------X

STIPULATION DISCONTINUING ACTION WITH PREJUDICE

Case No.: 1:10-cv-01283

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Mineola, New York
          December 8, 2016

_____
KAYE and LENCHNER
by: Mitchell J. Lenchner
Attorney(s) for Plaintiff(s)
220 Mineola Boulevard
Suite 10
Mineola, New York 11501

_____
FISHMAN McINTYRE LEVINE SAMANSKY, P.C.
Attorney(s) for Defendant(s)
TARGET CORPORATION
44 Wall Street
12th Floor
New York, New York 10005

The application is ✓ granted.
                    ___ denied.
SO ORDERED.

        s/SLT
_____
Sandra L. Townes, U.S.D.J.
Dated: December 20, 2016
Brooklyn, New York